No. 90–8192.  MARTIN v. UNITED STATES.  C. A. D. C. Cir. Certiorari denied.

No. 90–8193.  MARSHALL v. MARYLAND.  Ct. Sp. App. Md. Certiorari denied.

No. 90–8195.  AMUNTHAIYAKUL v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 90–8196.  GATES v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 90–8197.  WILLIAM v. KANSAS.  Sup. Ct. Kan.  Certiorari denied.

No. 90–8199.  VENERI v. JACOBS ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 90–8201.  KAURISH v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 90–8202.  McCOURT v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 90–8203.  LUJAN v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 90–8204.  JEFFERSON v. OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 90–8205.  JIMINEZ v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 90–8206.  HILL v. CITY OF EUGENE ET AL.  C. A. 9th Cir. Certiorari denied.

No. 90–8207.  JOHNSON v. FLORIDA.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 90–8210.  ADAMS v. MARTIN, SECRETARY OF LABOR. C. A. 4th Cir.  Certiorari denied.

No. 90–8213.  J. R. v. ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.